1 The People of the State of Colorado, Plaintiff-Appellee, v. Anthony Joseph Ianne, Defendant-Appellant. No. 18CA1372
Court of Appeals of Colorado, Sixth Division
November 4, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 Pueblo
 County District Court No. 16CR246 Honorable Thomas B.
 Flesher, Judge
 
 
 
 OPINION
 
 
 
 WELLING, JUDGE
 
 
 JUDGMENT
 AFFIRMED IN PART, REVERSED IN PART, AND CASE REMANDED WITH
 DIRECTIONS
 
 
 
 Richman and Berger, JJ., concur